IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**LINCOLN COUNTY, MISSISSIPPI**                                                         **PLAINTIFF**

**VS.**                                         **CIVIL ACTION NO.: 5:25-CV-00019-DCB-LGI**

**ARROW DISPOSAL SERVICE, INC. and
UNKNOWN JOHN DOE DEFENDANTS
ONE through TEN**                                                      **DEFENDANTS**

**DEFENDANT ARROW DISPOSAL SERVICE, INC.'S
NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
ITS MOTION FOR SUMMARY JUDGMENT**

Defendant Arrow Disposal Service, Inc. ("Arrow") submits this Notice of Supplemental Authority in Support of its *Motion for Summary Judgment*.[1]

Arrow filed its *Motion for Summary Judgment* on July 15, 2025. Doc. 13. Plaintiff responded on August 4, 2025, Doc. 17, and Arrow filed a Reply on August 11, 2024, Doc. 19.

After Arrow filed its Reply, the Supreme Court of Mississippi issued its decision in *Mississippi State Port Auth. at Gulfport v. Yilport Holding A.S.*, No. 2024-IA-00140-SCT (Miss. Aug. 14, 2025). A copy of the *Yilport* Opinion is attached here as Exhibit 1. The Supreme Court

---

[1] Although not addressed in this Court's Local Rules or in the Rules of Civil Procedure, "a notice of supplemental authority [is] commonly used in the federal court system to alert the Court to a decision of another court issued after the close of the briefing period." *Sisk v. Abbott Laboratories*, 2012 WL 1164559, at *1 (W.D.N.C. Apr. 9, 2012). Such notices should "contain no legal arguments and alert the Court to a case that was unavailable at the time of pleading." *Ashghari-Kamrani v. United States Auto. Ass'n*, 2016 WL 8253884, at *2 (E.D.N.C. Mar. 18, 2016); *see Highland Capital Mgmt. L.P. v. Bank of Am.*, 2013 WL 4502789, at *28 (N.D. Tex. Aug. 23, 2013) (although Texas Local Rule 56.7 requires leave of court to file supplemental briefing "the court will generally permit a party to file a notice of supplemental authority without seeking formal leave of court" especially where the party does not "mak[e] any arguments as to its relevance or import"); *16 Front Street LLC v. Mississippi Silicon, LLC*, 2015 WL 4665223, at *5, n.9 (N.D. Miss. July 30, 2015) (noting filing of notice of supplemental authority); *Ford v. PHH Mortg. Corp.*, 2013 WL 5445621, at *3–4 (S.D. Miss. Sept. 30, 2013) (granting requested relief on basis of case submitted in notice of supplemental authority).

of Mississippi's Opinion affirmed the trial court's application of Mississippi's minutes rule in granting summary judgment against a party seeking to enforce an alleged letter of intent not sufficiently reflected in the port authority board of commissioners' meeting minutes.

ACCORDINGLY, Defendants respectfully file this notice of supplemental authority to bring to the Court's attention the Supreme Court of Mississippi's August 14, 2025 Opinion in *Yilport*.

Dated: August 18, 2025.

>Respectfully Submitted,
>
>**ARROW DISPOSAL SERVICE, INC.**
>
>By: */s/ L. Kyle Williams*
>     One of its Attorneys

OF COUNSEL:

L. Kyle Williams (MSB No. 105182)
M. Patrick McDowell (MSB No. 9746)
**BRUNINI, GRANTHAM, GROWER & HEWES, PLLC**
190 East Capitol Street, Suite 100
Jackson, Mississippi  39201
Telephone:  (601) 948-3101
Telecopier:  (601) 960-6902
kwilliams@brunini.com
pmcdowell@brunini.com

## CERTIFICATE OF SERVICE

  I hereby certify that on this day, a true and accurate copy of the foregoing was electronically transmitted to the Clerk of the Court using the ECF System for filing, which delivered notice of same to all counsel of record.

  Dated: August 18, 2025.

*/s/ L. Kyle Williams*
L. Kyle Williams
