**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**LINCOLN COUNTY, MISSISSIPPI**                                                  **PLAINTIFF**

**VS.**                            **CIVIL ACTION NO.: 5:25-CV-00019-DCB-LGI**

**ARROW DISPOSAL SERVICE, INC. and
UNKNOWN JOHN DOE DEFENDANTS
ONE through TEN**                                                                **DEFENDANTS**

**DEFENDANT ARROW DISPOSAL SERVICE, INC.'S
SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
ITS MOTION FOR SUMMARY JUDGMENT**

Defendant Arrow Disposal Service, Inc. ("Arrow") submits this Second Notice of Supplemental Authority in Support of its *Motion for Summary Judgment*.

Briefing on Arrow's *Motion for Summary Judgment* closed on August 11, 2024. *See* Doc. 19. On August 18, 2025, the Fifth Circuit Court of Appeals issued its decision in *Retro Metro, LLC, et al. v. City of Jackson, et al*, No. 24-60647 (5th Cir. Aug. 18, 2025). There, the Fifth Circuit affirmed the District Court's application of Mississippi's minutes rule in granting summary judgment against a party seeking to enforce an alleged lease not sufficiently reflected in the city council's meeting minutes. A copy of the *Retro Metro* Opinion is attached here as Exhibit 1.

ACCORDINGLY, Arrow respectfully files this Second Notice of Supplemental Authority to bring to the Court's attention the Fifth Circuit's August 18, 2025 Opinion in *Retro Metro*.

Dated: August 19, 2025.

                                                                         Respectfully Submitted,

                                                                         **ARROW DISPOSAL SERVICE, INC.**

                                                                         By: */s/ L. Kyle Williams*
                                                                               One of its Attorneys

OF COUNSEL:

L. Kyle Williams (MSB No. 105182)
M. Patrick McDowell (MSB No. 9746)
**BRUNINI, GRANTHAM, GROWER & HEWES, PLLC**
190 East Capitol Street, Suite 100
Jackson, Mississippi 39201
Telephone: (601) 948-3101
Telecopier: (601) 960-6902
kwilliams@brunini.com
pmcdowell@brunini.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this day, a true and accurate copy of the foregoing was electronically transmitted to the Clerk of the Court using the ECF System for filing, which delivered notice of same to all counsel of record.

      Dated: August 19, 2025.

                                        */s/ L. Kyle Williams*
                                        L. Kyle Williams